UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                Case No. 22-
                                 Originating No. 22CR94

**TROY ANTHONY MANUEL,**

       Defendant.
_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TROY ANTHONY MANUEL,** to answer to charges pending in another federal district, and states:

1. On **October 19, 2022,** defendant was arrested appeared in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an indictment**. Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1)– Conspiracy to Distribute Heroin and Distribution of Fentanyl.**

     2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

     WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

> Respectfully submitted,
>
> DAWN N. ISON
> United States Attorney
>
> s/*Corrine Lambert*
> CORRINE LAMBERT
> Assistant U.S. Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> (313) 226-9100

Dated: October 19, 2022